John Walker Davis, Plaintiff-Appellant, v. The Board of Fire and Police Commissioners of the City of Peoria, Illinois, Defendant-Appellee.

Gen. No. 11,602. ■

Second District, Second Division.

September 28, 1962.

Gerald M. O'Connor, of Peoria, for appellant; Max J. Lipkin, of Peoria, for appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.